UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA PACHECO, as Personal Representative of the Estate of ROBERTO GAMALIER PEREZ, Deceased, and as Natural Guardian of ADRIANA PEREZ, a Minor, ROBERTO PEREZ NUNEZ and MARIA RIVERA TORRES,

    Plaintiffs,                      CASE NO.: 8:04-CV-1076-T-30-TGW

v.

FREIGHTLINER, LLC,

    Defendant.

_____/

### ORDER OF DISMISSAL

Plaintiffs filed their Stipulation of Dismissal (Dkt. #30) on February 7, 2006. The Court finds, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that the Stipulation is proper in that it is agreed to by all parties under the conditions stated in the Stipulation. It is, therefore,

ORDERED that Plaintiffs' claims are hereby dismissed, with prejudice.

**DONE** and **ORDERED** in Tampa, Florida on February 8, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-1076.stip dismissal 30.wpd